# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00085-CV

**City of San Antonio, Acting By and Through the San Antonio Water System, Appellant**

**v.**

**Lower Colorado River Authority; Rebecca A. Klein; Michael G. McHenry; Linda C. Raun; Tom Martine; Steve K. Balas; Lori A. Berger; Ida A. Carter; John C. Dickerson, III; Vernon E. "Buddy" Schrader; W.F. "Woody" McCasland; Franklin Scott Spears, Jr.;Timothy T. Timmerman; Kathleen Hartnett White; and Richard "Dick" White, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-09-002760, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an unopposed joint motion to dismiss the appeal, explaining that they have settled their dispute. We withdraw our original judgment, dated July 29, 2011, substituting this one in its place, grant the joint motion, set aside the trial court's judgment without regard to the merits, and remand the cause to the trial court for rendition of a final judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a). We dismiss appellees' pending motion for rehearing.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Vacated and Remanded

Filed: December 16, 2011